IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01318-ZLW-MJW

MARY PATTERSON, and
PAUL VANCE,

Plaintiff(s),

v.

THE CITY & COUNTY OF DENVER, and
THE DENVER ZOOLOGICAL FOUNDATION,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiffs' Unopposed Motion for Entry of Stipulated Protective Order Concerning Confidential Documents (docket no. 23) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraph 9 and made an Order of Court.

Date:   December 19, 2005