IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01318-ZLW-MJW

MARY PATTERSON, and
PAUL VANCE,

Plaintiff(s),

v.

THE CITY & COUNTY OF DENVER, and
THE DENVER ZOOLOGICAL FOUNDATION,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the plaintiffs' Unopposed Motion for Modification of Scheduling Order to Extend Time to File an Amended Complaint, which was filed on December 30, 2005 (Docket No. 27), is granted. Accordingly, section 7(a) of the Scheduling Order (Docket No. 19) is amended to extend the deadline for amendment of pleadings from January 30, 2006, to February 17, 2006.

Date:  January 3, 2006