IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-01318-ZLW-MJW

MARY PATTERSON and
PAUL VANCE,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,
THE DENVER ZOOLOGICAL FOUNDATON,

    Defendant.

___

### ORDER OF DISMISSAL
___

Pursuant to and in accordance with the Stipulation For Dismissal, With Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), the parties to pay their own costs and attorney fees.

DATED at Denver, Colorado, this __24__ day of February, 2006.

        BY THE COURT:

        _____
        ZITA L. WEINSHIENK,  Senior Judge
        United States District Court